UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:11MJ210 DDN |
| MAXIMILLIAN C. TENNEY, | ) ) ) |
| Defendant. | ) |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the Complaint against the defendant.

RICHARD G. CALLAHAN
United States Attorney

 s/ Michael W. Reap
MICHAEL W. REAP, 9156
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: This 12th day of December, 2011.

cc: U.S. Marshal's Service